IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JOHNQUL MCKAY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   CASE NOS. CV416-081 |
| | )                CR407-226 |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 19), to which no objections have been filed.[1] After careful consideration and review of the record, the report and recommendation (Doc. 19) is **ADOPTED** as the Court's opinion in this case. Accordingly, the Petitioner's Motion for Reconsideration and request to appoint counsel (Doc. 18), construed as a successive motion for relief pursuant to 28 U.S.C. § 2255, is **DISMISSED**. In addition, Petitioner is not entitled to a Certificate of Appealability. As a result, in forma pauperis status on appeal is also **DENIED**.

SO ORDERED this 27th day of April 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Unless otherwise stated, all citations are to Petitioner's civil docket on this Court's electronic filing system, CV416-081.