IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JOHNQUL RAMON MCKAY, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | CASE NO. CR407-226 |
| ) | CV416-081 |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| ) | |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 69), to which no objections have been filed.[1] After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Movant's Amended Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Doc. 67) is **DISMISSED**. Applying the Certificate of Appealability (COA) standards set forth in Brown v. United States, Nos. 407CV085, 403CR001, 2009 WL 307872 at *1-2 (S.D. Ga. Feb. 9, 2009), the Court discerns no COA-worthy issues at this stage of the litigation. Therefore, Movant is not entitled to a COA. See 28 U.S.C. § 2253(c)(1); 28 U.S.C. § foll. § 2255, Rule 11(a) ("The district court must issue or deny a certificate of

---

[1] Unless otherwise stated, all citations are to Movant's criminal docket on this Court's electronic filing system, CR407-226.

appealability when it enters a final order adverse to the applicant.").

SO ORDERED this 23rd day of March 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA